**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

PICARD GROUP, LLC

VERSUS

INTENSIVE SPECIALTY
HOSPITAL, LLC

CIVIL ACTION NO. 26-0912

JUDGE ALEXANDER C. VAN HOOK

MAGISTRATE JUDGE HORNSBY

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 14, defendant's Motion to Dismiss for Exception of Improper Venue Pursuant to FRCP Rule 12(b)(3), Record Document 7, as well as plaintiff's memorandum in opposition, Record Document 13, with no objections having been filed herein, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the defendant's Motion to Dismiss for Exception of Improper Venue Pursuant to FRCP Rule 12(b)(3) is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 25th day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE